IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PATRICIA KETZLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WESTGATE MARKETING, LLC, )<br>)<br>Defendant. ) | Case No.: 6:19-cv-03400-MDH |

### JOINT NOTICE OF SETTLEMENT

COME NOW the parties and jointly inform the Court that the parties have resolved this matter, and that an agreement has been executed by all parties. Upon satisfaction of the terms therein, and in compliance therewith, the parties shall file a Joint Stipulation of Settlement pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

CORNERSTONE LAW FIRM

By: /s/ Joshua P. Wunderlich
M. Katherine Paulus     MO BAR 60217
m.paulus@cornerstonefirm.com
Joshua P. Wunderlich    MO BAR 64254
j.wunderlich@cornerstonefirm.com
5821 NW 72nd Street
Kansas City, MO 64151
Phone:          (816) 581-4040
Facsimile:      (816) 741-8889

ATTORNEYS FOR PLAINTIFF

ARMSTRONG TEASDALE LLP

By: /s/ Travis R. Kearbey
Travis R. Kearbey
tkearbey@atllp.com
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Phone:          (314) 621-5070
Facsimile:      (314) 621-5065

ATTORNEY FOR DEFENDANT