IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| PATRICIA KETZLER, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 6:19-cv-03400-MDH |
| WESTGATE MARKETING, LLC, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties jointly stipulate to the dismissal of this action with prejudice, with the parties paying their own costs.

WHEREFORE, the parties request that this Court dismiss this action with prejudice, with the parties paying their own costs.

Respectfully submitted,

| CORNERSTONE LAW FIRM | ARMSTRONG TEASDALE LLP |
|---|---|
| By: _/s/ Joshua P. Wunderlich_<br>M. Katherine Paulus   MO BAR 60217<br>m.paulus@cornerstonefirm.com<br>Joshua P. Wunderlich   MO BAR 64254<br>j.wunderlich@cornerstonefirm.com<br>5821 NW 72nd Street<br>Kansas City, MO 64151<br>Phone:          (816) 581-4040<br>Facsimile:      (816) 741-8889<br><br>ATTORNEYS FOR PLAINTIFF | By: _/s/ Travis R. Kearbey_<br>Travis R. Kearbey<br>tkearbey@atllp.com<br>7700 Forsyth Blvd., Suite 1800<br>St. Louis, Missouri 63105<br>Phone:          (314) 621-5070<br>Facsimile:      (314) 621-5065<br><br>ATTORNEY FOR DEFENDANT |