IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| PATRICIA KETZLER, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 6:19-cv-03400-MDH |
|  | ) |  |
| WESTGATE MARKETING, LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a) (Doc. 60). The parties stipulate that the matter should be dismissed with prejudice, each party to pay its own costs.

WHEREFORE, the Court **GRANTS** the parties' Stipulation of Dismissal With Prejudice and hereby dismisses this case in its entirety with prejudice and with each party to pay its own costs.

**IT IS SO ORDERED.**

DATED: May 27, 2021

                                                       */s/ Douglas Harpool*
                                                       **DOUGLAS HARPOOL**
                                                       **UNITED STATES DISTRICT JUDGE**